AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

December 11, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Fidel Morales _____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nayareli PULIDO | ) | Case No. |
| and | ) | |
| Dayana Arleth CORNEJO-Bueno | ) | |
| | ) | **EP:23-M-03991-MAT** |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     December 09, 2023     in the county of     El Paso     in the
    Western     District of     Texas     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 554(a) | Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to-wit:  approximately 600 rounds of .50 caliber ammunition. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on**
 December 11, 2023  **at**  12:25 PM  **and signed**
**electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Jaime Acosta, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     12/11/2023

_____ for
*Judge's signature*

City and state:     El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

Your affiant makes this affidavit based on his knowledge as well as information provided by other law enforcement officers. Your affiant has not included each and every fact known concerning this investigation. Your affiant has set forth only the facts necessary to establish probable cause for the arrest of Nayareli PULIDO and Dayana Arleth CORNEJO-Bueno.

On December 9, 2023, at approximately 11:18 a.m., United States (U.S.) Customs and Border Protection Officers (CBPOs) at the Bridge of the Americas Port of Entry in El Paso, Texas were utilizing the Low Energy Portal (LEP) vehicle screening system to conduct pre-primary exams when they scanned a black 2020 Nissan Altima bearing Texas temporary tag 5M1490V. The operator of the LEP system examined the images and concluded that there were anomalies present in the rear trunk area of the Nissan Altima. The operator then contacted the vehicle primary Officer for verification of the anomalies.

On December 9, 2023, at approximately 11:43 a.m., the black Nissan Altima made its way to vehicle primary lane 12. The CBPO who was manning the lane observed two female occupants identified by their Texas Identification Cards as Nayareli PULIDO ("PULIDO") and Dayana Arleth CORNEJO-Bueno ("CORNEJO"). The CBPO identified PULIDO as the driver and CORNEJO as the passenger of the Nissan Altima. The subjects stated they attempted to enter Mexico but were returned to the U.S. because the vehicle had temporary paper tags. The CBPO then proceeded to obtain a negative Customs declaration for currency, firearms, and narcotics. The CBPO instructed PULIDO to open the trunk and the CBPO discovered multiple sealed cardboard boxes. The CBPO examined a box and noticed it was heavy for its size and proceeded to open the box to verify the contents. The CBPO opened the box and noticed a second cardboard box with the logo for the Federal ammunition company. The CBPO then requested assistance and the vehicle was taken to secondary for further inspection.

During the secondary inspection process, a total of six (6) cardboard boxes were discovered in the trunk of the Nissan Altima. Each of the boxes contained ten (10) smaller packages of ten (10) rounds of American Eagle 50 BMG 660 Grain FMJ ammunition. A total of six hundred (600) rounds of .50 caliber ammunition were discovered in the trunk of the Nissan Altima during the secondary inspection. During inspection of the boxes, packing slips were discovered for the six hundred (600) rounds that were addressed to Nayareli PULIDO.

CORNEJO was advised of her Miranda Rights by Homeland Security Investigations (HSI) Task Force Officer (TFO) Jaime Acosta in the English language and witnessed by HSI Special Agent (SA) Gabrielle Moore. CORNEJO waived her rights, both verbally and in writing, and chose to answer questions without the presence of an attorney. CORNEJO also gave verbal and written consent to a search of her cellular phone.

CORNEJO stated, on Friday December 8, 2023, a delivery arrived at PULIDO's apartment and CORNEJO stated she went to the apartment to place the boxes inside the apartment. CORNEJO stated the boxes were heavy and acknowledged the boxes contained ammunition. CORNEJO stated she knew it was illegal to export firearms and ammunition to Mexico because she had seen the signs near the port of entry. CORNEJO stated, her and PULIDO were in contact with a subject in Mexico who one of her family members did jobs for. CORNEJO stated her family member had been involved in illegally exporting ammunition for this individual in the past. CORNEJO stated she introduced PULIDO to this individual in reference to another job she was offered moving loaded vehicles to New York.

**AFFIDAVIT**

During a consensual search of CORNEJO's cellular telephone, the HSI TFO and HSI SA found messages between a male individual and CORNEJO discussing payment for the transport of ammunition to Mexico. Specifically, the messages concerned the six (6) boxes of ammunition received on Friday, December 8, 2023. A conversation was also found between CORNEJO and PULIDO discussing how they were going to obtain a vehicle to transport the ammunition to Mexico.

PULIDO was advised of her Miranda Rights by Homeland Security Investigations TFO Jaime Acosta in the English language and witnessed by HSI SA Gabrielle Moore. PULIDO waived her rights, both verbally and in writing, and chose to answer questions without the presence of an attorney. PULIDO also gave verbal and written consent to a search of her cellular phone.

PULIDO stated, she was asked to provide her information to the same individual CORNEJO was in contact with so he could order the ammunition for his boss. PULIDO stated she agreed because she was in financial need. PULIDO stated they were going to pay her fifty-five dollars ($55) per box of ammunition she transported to Mexico. PULIDO explained the male individual offered her a job driving narcotics loaded vehicles to New York but then offered her a job transporting ammunition to Mexico instead. PULIDO stated CORNEJO was aware of the attempted export of ammunition on December 9, 2023, because she assisted in loading the vehicle trunk that same morning. PULIDO stated once the ammunition was loaded in the vehicle, the intention was to deliver it to the male individual in Juarez, Mexico.

PULIDO stated they crossed the border into Mexico but encountered Mexican Customs who returned them to the U.S. because of the temporary paper tag on the vehicle. PULIDO stated she knew it was illegal to transport firearms and ammunition to Mexico because her parents had told her it was illegal. PULIDO stated that once they were returned and in line at the port of entry to enter the U.S., she thought about taking the ammunition out of her vehicle. PULIDO stated that when they were returned to the U.S., CORNEJO became nervous and wanted to exit the vehicle and cross into the U.S. afoot.

PULIDO explained that the male individual told her to open a bank account and provide the bank account information to him. PULIDO stated she opened a bank account in late October of 2023. The individual would then deposit money into the account from Mexico and place the order for the ammunition. PULIDO stated she would see the transaction being made and deductions from the account. PULIDO explained she was getting paid per box of ammunition transported and additional payment for the use of her information.

During a consensual search of PULIDO's cellular telephone, the HSI TFO and HSI SA found a photo taken of a box of twenty-five (25) packages of 7.62x39mm ammunition totaling to five hundred (500) rounds. Shipping information obtained from photos show packages were delivered to PULIDOs address on December 6, 2023, at approximately 2:10 p.m. A box with visible tracking number showed 5 boxes were delivered. Law enforcement database queries reveal a vehicle registered to PULIDO's father going outbound on December 6, 2023, at 8:03 p.m. A further look at the outbound photograph shows CORNEJO as the driver of the vehicle. On December 7, 2023, PULIDO and CORNEJO are registered returning from Mexico to the U.S. at the Bridge of the Americas Port of Entry in the same vehicle.

**AFFIDAVIT**

      Your affiant is aware that ammunition is controlled for export to Mexico on the Commerce Control List.  Your affiant is also aware that a license, issued by the U.S. Department of Commerce. is required for the export of ammunition to Mexico.  An HSI SA queried a law enforcement database and was unable to locate any information which suggested that PULIDO or CORNEJO possessed an export license relating to the export of ammunition.

_____
Jaime Acosta, HSI Task Force Officer